## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>Plaintiff,<br><br>v.<br><br>**[1] JONATHAN CLASS-SANTIAGO,**<br>(Counts 1, 2, 3, and 4)<br>**[2] DAVID TAPIA-ROSADO,**<br>(Counts 1, 2, and 4)<br>Defendants. | **INDICTMENT**<br><br>Criminal No. 09 - 268 (JAF)<br><br>Violations:<br><br>18 U.S.C. § 922(e)<br>18 U.S.C. § 2<br>18 U.S.C. § 1715<br>18 U.S.C. § 922(g)(1)<br>18 U.S.C. § 924(d)<br>28 U.S.C. § 2461(c)<br><br>(FOUR COUNTS) |

**THE GRAND JURY CHARGES:**

### COUNT ONE
### (Transportation and Shipment of Firearms)

On or about July 29, 2009, in the District of Puerto Rico, and within the jurisdiction of this Court,

### [1] JONATHAN CLASS-SANTIAGO,

### [2] DAVID TAPIA-ROSADO,

the defendants herein, aiding and abetting each other, did knowingly deliver and caused to be delivered to a common carrier for transportation and shipment in interstate commerce, to persons other than licensed importers, licensed manufacturers, licensed dealers, and licensed collectors, a package containing firearms, to wit, one Glock pistol, Model 21, .45 caliber, bearing serial number FHU302; one Glock pistol, Model 30, .45 caliber, bearing serial number EPW950US; one Glock pistol, Model 30, .45 caliber, bearing serial number MTF899; one Glock pistol, Model

2

26, caliber 9mm, bearing serial number NMZ197; one Glock pistol, Model 23, .40 caliber, bearing serial number MEE359; and one Springfield pistol, Model XD-9, caliber 9mm, bearing serial number US949402, without written notice to the carrier that said firearms are being transported and shipped, in violation of Title 18, United States Code, Sections 922(e) and 2.

## COUNT TWO
### (Firearms as Nonmailable)

On or about July 29, 2009, in the District of Puerto Rico, and within the jurisdiction of this Court,

### [1] JONATHAN CLASS-SANTIAGO,

### [2] DAVID TAPIA-ROSADO,

the defendants herein, aiding and abetting each other, did knowingly and intentionally cause to be delivered by mail according to the directions thereon, a parcel containing firearms capable of being concealed on the person and declared nonmailable, to wit, one Glock pistol, Model 21, .45 caliber, bearing serial number FHU302; one Glock pistol, Model 30, .45 caliber, bearing serial number EPW950US; one Glock pistol, Model 30, .45 caliber, bearing serial number MTF899; one Glock pistol, Model 26, caliber 9mm, bearing serial number NMZ197; one Glock pistol, Model 23, .40 caliber, bearing serial number MEE359; and one Springfield pistol, Model XD-9, caliber 9mm, bearing serial number US949402, in violation of Title 18, United States Code, Sections 1715 and 2.

## COUNT THREE
### (Possession of a Firearm with a Prior Conviction)

On or about July 29, 2009, in the District of Puerto Rico, and within the jurisdiction of this Court,

### [1] JONATHAN CLASS-SANTIAGO,

the defendant herein, having been convicted in a court of a crime punishable by a term of imprisonment exceeding one year, did knowingly and unlawfully possess a firearm, to wit: one Glock pistol, Model 21, .45 caliber, bearing serial number FHU302; one Glock pistol, Model 30, .45 caliber, bearing serial number EPW950US; one Glock pistol, Model 30, .45 caliber, bearing serial number MTF899; one Glock pistol, Model 26, caliber 9mm, bearing serial number NMZ197; one Glock pistol, Model 23, .40 caliber, bearing serial number MEE359; and one Springfield pistol, Model XD-9, caliber 9mm, bearing serial number US949402, which had been shipped in interstate commerce, in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT FOUR
### (Firearms and Ammunition Forfeiture Allegation)

The allegations contained in Counts One, Two, and Three of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c). Upon conviction of the offense in violation of Title 18, United States Code, Sections 922(e), 1715, and 922(g)(1), set forth in Counts One, Two, and Three of this Indictment, the defendants,

### [1] JONATHAN CLASS-SANTIAGO,

### [2] DAVID TAPIA-ROSADO,

shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved or used in

4

furtherance of the commission of the offense enumerated in Counts One, Two, and Three including, but not limited to: one Glock pistol, Model 21, .45 caliber, bearing serial number FHU302; one Glock pistol, Model 30, .45 caliber, bearing serial number EPW950US; one Glock pistol, Model 30, .45 caliber, bearing serial number MTF899; one Glock pistol, Model 26, caliber 9mm, bearing serial number NMZ197; one Glock pistol, Model 23, .40 caliber, bearing serial number MEE359; and one Springfield pistol, Model XD-9, caliber 9mm, bearing serial number US949402; and twenty five (25) magazines. If any of the property described above, as a result of any act or omission of the defendants: (a) cannot be located upon the exercise of due diligence; (b) has been transferred or sold to, or deposited with, a third party; (c) has been placed beyond the jurisdiction of the court; (d) has been substantially diminished in value; or (e) has been commingled with other property which cannot be divided without difficulty, the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c). All pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

TRUE BILL

**ROSA EMILIA RODRIGUEZ-VELEZ**
**UNITED STATES ATTORNEY**

DATE: August 14, 2009

_for_ José A. Ruíz-Santiago
Assistant United States Attorney
Chief, Criminal Division

_for_ Warren Vázquez
Assistant United States Attorney
Chief, Violent Crimes Unit

José A. Contreras
Assistant United States Attorney